UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       File No.  1:07-CR-77

THOMAS JAY DONALL,

       HON. ROBERT HOLMES BELL

       Defendant.
       _____/

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant Thomas Jay Donall's motion to suppress (Docket #15) is **GRANTED IN PART** and **DENIED IN PART**. Defendant's motion to suppress is **GRANTED** as to documents from the X-Cel Night Club for 1999-2001. Defendant's motion to suppress is **DENIED** as to all other documents.

Date:   July 10, 2007         /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    CHIEF UNITED STATES DISTRICT JUDGE